FILED
2015 NOV -5 AM 9: 04
M.L. HATCHER, CLK.
U.S. BANKRUPTCY COURT
W.D. OF WA AT TACOMA
BY_____ DEPUTY CLK

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
http://www.wawb.uscourts.gov

## CHANGE OF ADDRESS

(See reverse for requirements of LBR 9011-1 relating to change of address, telephone number, or email address)

CASE NAME __Rivera__   CASE NO __12-40242__

FOR:  __X__ DEBTOR
      ____ JOINT DEBTOR
      ____ CREDITOR
      ____ ATTORNEY  ( Please include Bar ID Number _____ )
      ____ PLAINTIFF
      ____ DEFENDANT

**OLD ADDRESS:**
NAME: Carmelo & Cheryl Rivera
ADDRESS: ~~525 Broadway #102~~
~~Tacoma, WA 98402~~
PHONE: _____
EMAIL ADDRESS (attorney only): _____

**NEW ADDRESS:**
NAME: Carmelo & Cheryl Rivera
ADDRESS: 525 Broadway #102
Tac. WA. 98402
PHONE: 253-341-5145
EMAIL ADDRESS (attorney only): _____

SIGNATURE OF PARTY(S) REQUESTING CHANGE:
*[signature]*   Date 10-31-15

Received
BY MAIL
NOV 03 2015
Chapter 13 Trustee

Rev. 6/28/2012
Change of Address